

73 A.3d 520

ROBINSON TOWNSHIP, Washington County, Pennsylvania, Brian Coppola, Individually and in His Official Capacity as Supervisor of Robinson Township, Township of Nockamixon, Bucks County, Pennsylvania, Township of South Fayette, Allegheny County, Pennsylvania, Peters Township, Washington County, Pennsylvania, David M. Ball, Individually and in His Official Capacity as Councilman of Peters Township, Township of Cecil, Washington County, Pennsylvania, Mount Pleasant Township, Washington County, Pennsylvania, Borough of Yardley, Bucks County, Pennsylvania, Delaware Riverkeeper Network, Maya Van Rossum, The Delaware Riverkeeper, Mehernosh Khan, M.D.

v.

COMMONWEALTH of Pennsylvania, Pennsylvania Public Utility Commission, Robert F. Powelson, In His Official Capacity as Chairman of the Public Utility Commission, Office of the Attorney General of Pennsylvania, Linda L. Kelly, In Her Official Capacity as Attorney General of the Commonwealth of Pennsylvania, Pennsylvania Department of Environmental Protection and Michael L. Krancer, In His Official Capacity as Secretary of the Department of Environmental Protection.

Appeal of Pennsylvania Public Utility Commission, Robert F. Powelson, In His Official Capacity as Chairman of the Public Utility Commission.

No. 100 MAP 2012.

Supreme Court of Pennsylvania.

July 25, 2013.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 2013, the Notice of Appeal is quashed.

Mr. Justice Saylor dissents, as he would note probable jurisdiction and direct expedited treatment for appeal proceedings.